Mary Frances Wade, a minor, by Cleveland Wade, her father and next friend, Appellant, v. Patrick M. Gorman, Appellee.

Gen. No. 46,983.

First District, Second Division.
October 22, 1957.
Rehearing denied December 4, 1957.
Released for publication December 4, 1957.

Arthur S. Gomberg, Leo S. Karlin and Daniel Karlin (Leo S. Karlin, of counsel) for appellant; Clausen, Hirsh & Miller, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.